IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 24 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-01449-BNB

VRLINA NOZLIC,

    Plaintiff,

v.

IATSE LOCAL # 7, International Alliance of Theatrical Stage Employees,

    Defendant.

---

## ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 23rd day of June, 2010.

                                  BY THE COURT:

                                  *s/Craig B. Shaffer*
                                  Craig B. Shaffer
                                  United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01449-BNB

Vrlina Nozlic
5829 S. Datura St. #501
Littleton, CO 80120-2195


    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/24/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk