IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 10-cv-01449-WYD-CBS     FTR - Reporter Deck-Courtroom A402
Date: November 18, 2010     Courtroom Deputy: Robert R. Keech

| *Parties:* | *Counsel:* |
|---|---|
| VRLINA NOZLIC, | Pro Se |
|    Plaintiff, | |
| v. | |
| IATSE LOCAL #7 | Ellen M. Kelman |
|    Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTION HEARING**
**Court in Session: 9:12 a.m.**
Court calls case. Appearances of counsel.

Defendant's Motion for Protective Order [doc. #20], filed October 27, 2010, is raised for argument.

9:14 a.m.     Argument by party and counsel.

10:03 a.m.     Off the record.

10:40 a.m.     On the record.

**ORDERED:** All discovery in this case shall be **STAYED.**

    **ORDERED:**  Settlement conference set for **Thursday, December 9, 2010, at 1:30 p.m., in courtroom A-402.**

    **ORDERED:**  Defendant's Motion for Protective Order [doc. #20], filed October 27, 2010, is **DEFERRED.**

HEARING CONCLUDED.

**Court in recess:**    **10:42 a.m.**
Total time in court:    01:30

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.