IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-01449-WYD-CBS

VRLINA NOZLIC,

    Plaintiff,

v.

IATSE LOCAL #7, International Alliance of Theatrical Stage Employees,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulation for Dismissal With Prejudice (ECF No. 31), filed March 16, 2011.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and that this case should be dismissed with prejudice pursuant to Fed. R. Civ. 41(a).  Accordingly, it is

ORDERED that the Stipulation for Dismissal With Prejudice (ECF No. 31) is **APPROVED**.  In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

Dated:  March 16, 2011

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Chief United States District Judge